## Guy V. Lehman, Appellant, v. James A. Hannah and Archie Walker, Appellees.

Gen. No. 41,254.

opinion filed November 20, 1940. Owens & Owens, for appellant; Thomas L. Owens, of counsel; W. Harold Rutherford, for appellees; Richard E. Keogh, of counsel. Opinion by JUSTICE BURKE. "Not to be published in full."